# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE PRINCIPRIN SCHOOL, INC., | § § § § | |
| *Plaintiff*, | | |
| v. | § § § § § § § | CIVIL ACTION NO. 4:26-CV-01734 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | | |
| *Defendant*. | | |

## **INDEX OF MATTERS BEING FILED**

1. Defendant's Notice of Removal;

2. Index of Matters Being Filed, attached as Exhibit A;

3. State Court Docket Sheet, attached as Exhibit B;

4. Plaintiff's Original Petition, attached as Exhibit C-1;

5. Citation and Service of Process Notification, attached as Exhibit C-2;

6. Defendant's Original Answer, attached as Exhibit C-3.

7. List of all counsel of record, including addresses, telephone numbers and parties represented, attached as Exhibit D;

8. Civil Cover Sheet, attached as Exhibit E;