# EXHIBIT B

HCDistrictclerk.com      PRINCIPRIN SCHOOL INC vs. PHILADELPHIA INDEMNITY INSURANCE COMPANY      3/3/2026

Cause: 202604363     CDI: 7     Court: 333

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 1/21/2026 |
| Case (Cause) Location | |
| Case (Cause) Status | Active - Civil |
| Case (Cause) Type | Debt/Contract - Consumer/DTPA |
| Next/Last Setting Date | N/A |
| Jury Fee Paid Date | N/A |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 333rd |
| Address | 201 CAROLINE (Floor: 14) HOUSTON, TX 77002 Phone:8329271800 |
| JudgeName | TRACY DWIGHT GOOD |
| Court Type | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| PRINCIPRIN SCHOOL INC | PLAINTIFF - CIVIL | | WALKER, ERIK |
|     504 W 38TH ST, AUSTIN, TX 78705 | | | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | DEFENDANT - CIVIL | | JOHNSON, BRANDT R |
|     1999 BRYAN ST, DALLAS, TX 75201 | | | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY (A PENNSYLVANIA CORPORATION) | REGISTERED AGENT | | |

1999 BRYAN STREET SUITE 900, DALLAS, TX 78701-3218

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 2/27/2026 | ANSWER ORIGINAL PETITION | | | 0 | | JOHNSON, BRANDT R | PHILADELPHIA INDEMNITY INSURANCE COMPANY |
| 1/21/2026 | ORIGINAL PETITION | | | 0 | | WALKER, ERIK | PRINCIPRIN SCHOOL INC |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | PHILADELPHIA INDEMNITY INSURANCE COMPANY (A PENNSYLVANIA CORPORATION) | 1/21/2026 | 1/27/2026 | | | | 74601446 | E-MAIL |
| | | | 1999 BRYAN STREET SUITE 900 DALLAS TX 78701 | | | | | | | |
| | | | 1999 BRYAN STREET SUITE 900 DALLAS TX 75201 | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 125368761 | Defendant Philadelphia Indemnity Insurance Company's Original Answer and Affirmative Defenses | | 02/27/2026 | 12 |
| 124716894 | Plaintiffs Original Petition | | 01/21/2026 | 12 |
| ·> 124716896 | Exhibit A | | 01/21/2026 | 16 |
| ·> 124716895 | Exhibit B | | 01/21/2026 | 6 |