# EXHIBIT

# C-1

1/21/2026 11:01 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 110331324
By: Tianni Williams
Filed: 1/21/2026 11:01 PM

# 2026-04363 / Court: 333

**Cause No. _____**

| | | |
|---|---|---|
| **THE PRINCIPRIN SCHOOL, INC.,** | § | **IN THE JUDICIAL DISTRICT** |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| **v.** | § | **_____ DISTRICT COURT** |
| | § | |
| | § | |
| **PHILADELPHIA INDEMNITY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| *Defendant.* | § | **HARRIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

1.    Plaintiff Principrin School, Inc. ("plaintiff") brings the following claims for relief against defendant, Philadelphia Indemnity Insurance Company (Hereafter, "Philadelphia" and/or "Defendant").

## I.
## DISCOVERY CONTROL PLAN

2.    Plaintiff intends that discovery be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

## II.
## PARTIES

3.    Plaintiff is a citizen of the State of Texas.

4.    Philadelphia Indemnity Insurance Company ("Philadelphia") is a Pennsylvania corporation with its principle place of business in Pennsylvania. Philadelphia may be served with process by serving its registered agent for service of process, CT Corporation System; 1999 Bryan Street Suite 900; Austin, TX

78701-3218.

## III.
## JURISDICTION & VENUE

5.    Personal jurisdiction exists, and venue is proper, in the county of suit because the real property at issue is located in the county of suit. Furthermore, all or a substantial part of the causes of action occurred in the county of suit.

## IV.
## RULE 47 STATEMENT

6.    Plaintiff is seeking monetary relief between the range of $250,000 and $1,000,000.

## V.
## FACTS

7.    Houston, a battle-hardened city that has survived countless floods and hurricanes, was left unprepared and demoralized when the May 16, 2024, derecho impacted the city. The storm had wind gusts of over 100 miles per hour and spawned countless tornadoes which terrorized the city. The fierce winds even shattered the glass of Houston's most enduring skyscrapers, the Chevron Building Auditorium and the CenterPoint Energy Plaza – which were engineered to withstand hurricane-force winds. In total, the storm caused over $1 billion in damage to the city and power outages lasted for over a week in some areas

8.    Unfortunately, The Principrin School, Inc was directly within the path of the destructive storm that struck on June 23, 2023. That storm destroyed plaintiff's roof, thereby causing damage to the interior of the building. The storm devastated the school's fencing as well. Plaintiff immediately filed a claim with defendant, their homeowner's insurance carrier.

9.    Defendant sold plaintiff an insurance policy for the home with Policy Number PHPK2602996 ("Policy"). At all relevant times, that policy provided coverage for the losses at issue. Immediately upon discovering the damage at issue – damage that occurred on or around May

16, 2024 – plaintiff filed a claim with defendant, which was assigned Claim No. 1649485 ("Claim"). After a wholly pretextual, outcome-driven investigation of the Claim, defendant denied coverage and refused to pay the monies owed.

10.     Defendant's denial of this Claim was in bad faith. Defendant's investigation was intentionally tailored to reduce coverage to an amount that does not exceed the $46,500 policy deductible, so that it may avoid paying on the Claim. Defendant ignored blatant signs of storm damage and wrongfully labeled portions of the loss as being caused by improper maintenance. Any reasonable insurer would have recognized the full extent of the damages and paid a reasonable value for the repairs.

11.     Defendant's bad faith practices are apparent from the face of its denial letter, as it chose only to recognize the fence as storm related damage. Had the damage to the fence been less obvious, defendant likely would have denied coverage for the fence, the same way that it denied coverage for the roof and the rest of the property. Luckily, plaintiff documented the storm damage well, allowing plaintiff to receive at least some coverage. However, even the most thorough documentation will not result in a fair award if the insured's carrier is acting in bad faith. Plaintiff provided defendant with over 160 photos of the fence, showing that it was literally torn into pieces and scattered across the property. Yet, despite this severe and irrefutable storm damage, defendant only found $36,209.95 in covered fence damage, which conveniently falls below the $46,500 policy deductible. A reasonable Actual Cash Valuation for the wooden fence amounts to $98,805.35, and $11,129.83 for the chain link fence. Defendant's valuations of this loss are nowhere near the reasonable cost of repair. After reviewing the photos and inspecting the damages, any reasonable insurer in defendant's position would have paid full coverage for the school's fencing.

12.     The fierce winds from the May 16, 2024, derecho impacted the roof, the same way it did the fence. Yet, defendant curiously chose to only recognize coverage for the fence and not the rest of the property. The school was in pristine condition prior to the May 16 derecho, but the storm has since severely compromised the roof's structural integrity and caused substantial damage to the school's HVAC system. Defendant's August 19, 2024, denial letter asserts that the roof damage was caused by inadequate maintenance but does not explain why the roof was fine before the May 16 storm, but not afterward. Had the damages been caused by inadequate maintenance, the damages would have developed slowly over time, and would not have appeared immediately after the May 16 storm. Defendant wrongfully denied coverage for this claim, as the evidence points clearly to the loss being caused by May 16 derecho.

13.     As a result of defendant's response to this Claim, plaintiff was forced to hire Your Insurance Claims, a public adjusting company, to assist with the Claim. Defendant failed to correct its handling of the Claim, forcing plaintiff to hire counsel. Ultimately, defendant continued to hold its position and made no good faith attempts to correct its handling of the Claim.

14.     The parties' divergent estimates of the cost of repairs reveals both the scope and the specifics of defendant's bad faith claims processing. Exhibit A is a true and correct copy of the estimate plaintiff submitted to the insurer. Exhibit B is a true and correct copy of defendant's estimate. A cursory side-by-side comparison reveals numerous items of damage defendant either undervalued or ignored altogether in preparing its estimate. Both exhibits are incorporated fully herein by reference as if stated verbatim.

15.     The actual cost of repair and replacement has undoubtedly gone up since the date of plaintiff's estimate. Plaintiff does not present these estimates as proof of damages but rather to demonstrate defendant's lack of good faith in attempting to resolve this Claim.

16.    Plaintiff satisfied all conditions precedent to recovery under the above facts and for the causes of action outlined below. Prior to Claim denial, plaintiff timely provided defendant with all forms, information and documentation requested to process plaintiff's Claim.

## VI.
## CAUSES OF ACTION

### A.    Breach of Contract

17.    Plaintiff incorporates each paragraph in Section V, *supra*, fully herein as if stated *verbatim*.

18.    The loss at issue was covered under the policy. Defendant's failure to pay the amount due for that loss constitutes a breach of the insurance policy which constitutes breach of contract under Texas law.

19.    Defendant's breach warrants an award of compensatory damages and attorney's fees. TEX. CIV. PRAC. & REM. CODE § 38.001(b)(8).

### B.    Breach of the Duty of Good Faith and Fair Dealing

20.    Plaintiff incorporates each paragraph in Section V, *supra*, fully herein as if stated *verbatim*.

21.    Defendant is liable under the common law tort for breach of the duty of good faith and fair dealing. Defendant owed plaintiff a duty of good faith and fair dealing based on the parties' special relationship as insurer (and its personnel) and insured. Defendant breached the duty by denying plaintiff's Claim when defendant's liability for the damages at issue was reasonably clear. Further, or in the alternative, defendant breached the duty by failing to investigate plaintiff's Claim reasonably. What limited investigation defendant did undertake was pretextual, that is, defendant's anticipated coverage decision dictated the scope and nature of the investigation whereas defendant

should have conducted an objective and comprehensive investigation to drive the coverage decision. Defendant knew and/or should have known that it had no reasonable basis to deny plaintiff's Claim.

22.     Defendant's breach proximately caused substantial damages to plaintiff, including loss of monetary benefits under the policy as well as consequential damages and mental anguish.

23.     Defendant's breach justifies the imposition of compensatory damages. Defendant's breach was the product of gross negligence; hence plaintiff is entitled to punitive damages. *See* Section VII, *infra*.

24.     Plaintiff incorporates each paragraph in Section V, *supra*, fully herein as if stated *verbatim*.

**C.     Unfair Settlement Practices and Unfair or Deceptive Acts or Practices Under the Texas Insurance Code**

25.     Defendant engaged in unfair methods of competition and/or unfair or deceptive acts or practices in the business of insurance by denying plaintiff's Claim when defendant's liability for the damages at issue had become reasonably clear. Tex. Ins. Code § 541.060(a)(2)(A); 542.003(b)(4)). Defendant's unfair methods of competition and/or unfair or deceptive acts or practices also included defendant's failure to investigate plaintiff's Claim reasonably. Tex. Ins. Code §§ 541.060(a)(7); 542.003(b)(5)). What limited investigation defendant did undertake was pretextual, that is, defendant's anticipated coverage decision dictated the scope and nature of the investigation whereas defendant should have conducted an objective and comprehensive investigation to drive the coverage decision. Defendant knew and/or should have known that it had no reasonable basis to deny plaintiff's Claim.

26.     Defendant's violations proximately caused substantial damages to plaintiff, including loss of monetary benefits under the policy as well as consequential damages and mental anguish.

27.     Defendant's unfair settlement practices in violation of the Texas Insurance Code

entitle plaintiff to recover all compensatory damages as well as attorney's fees and costs. *See, e.g.,* TEX. INS. CODE § 541.152(a)(1).

28.      Defendant's unfair settlement practices in violation of the Texas Insurance Code were committed knowingly, thereby entitling plaintiff to recover treble damages, that is, three times actual damages. TEX. INS. CODE § 541.152(b).

29.      In the alternative to treble damages, plaintiff is entitled to punitive damages because defendant's conduct was the product of gross negligence. *See* Section VII, *infra*.

**D.      Deceptive Trade Practices Under the DTPA**

30.      Plaintiff incorporates each paragraph in Section V, *supra*, fully herein as if stated *verbatim*.

31.      Plaintiff is a "consumer," as defined in the Texas Deceptive Trade Practices-Consumer Protection Act (DTPA – *see* TEX. BUS. & COM. CODE § 17.45(4)) in that plaintiff purchased the insurance policy from defendant on which this action is based. Defendant is a company that may be sued as a person under the DTPA. TEX. BUS. & COM. CODE § 17.45(3).

32.      Defendant is liable for engaging in unconscionable action by (a) failing to attempt in good faith to effectuate a prompt, fair and equitable settlement of plaintiff's Claim for which defendant's liability had become reasonably clear; and (b) refusing to pay plaintiff's Claim without conducting a reasonable investigation with respect to the Claim. *See* TEX. BUS. & COM. CODE § 17.50(a)(3). Further, defendant's Texas Insurance Code violations also constitute DTPA violations. TEX. BUS. & COM. CODE § 17.50(a)(4)).

33.      Defendant's violations proximately caused substantial economic damage to plaintiff, including loss of monetary benefits under the policy, as well as consequential damages and mental anguish.

34.    Defendant's violations of the DTPA entitle plaintiff to recover all economic damages as well as attorney's fees and costs. TEX. BUS. & COM. CODE § 17.50(b)(1) & (d).

35.    Defendant's violations of the DTPA were committed knowingly, thereby entitling plaintiff both to damages for mental anguish and treble economic damages (economic damages times three). Furthermore, because defendant's acts and omissions were intentional, plaintiff is entitled to treble damages for mental anguish (three times damages for mental anguish) as well. TEX. BUS. & COM. CODE § 17.50(b)(1).

36.    In the alternative to treble damages, plaintiff is entitled to punitive damages because defendant's conduct was the product of gross negligence. *See* Section VII, *infra*.

37.    Plaintiff incorporates each paragraph in Section V, *supra*, fully herein as if stated *verbatim*.

**E.    Violation of the Texas Prompt Payment of Claims Act**

38.    Defendant violated the Texas Prompt Payment of Claims Act by failing to pay the full value of plaintiff's Claim within 60 days of receiving all items requested of plaintiff. TEX. INS. CODE § 542.060.

39.    Defendant's violation entitles plaintiff to statutory interest, separate and apart from pre- or post- judgment interest, from the deadline for payment to the date of judgment, pursuant to TEX. INS. CODE § 542.060. This includes interest on all monies owed but thus far unpaid.

## VII.
## GROSS NEGLIGENCE

40.    Plaintiff incorporates Section V, *supra*, herein by reference as if stated *verbatim*.

41.    This section does not establish a separate cause of action; rather, it establishes the defendant's mindset behind and culpability for the acts and omissions giving rise to the causes of action described above defendant's acts and omissions involved more than momentary

thoughtlessness or inadvertence. Rather, defendant's acts and omissions involved an extreme degree of risk, considering the probability and magnitude of the potential harm to the insured. Defendant had actual, subjective awareness of the risks involved, but nevertheless acted (and failed to act) with conscious indifference to the rights, safety, or welfare of plaintiff or others similarly situated. Defendant's breach of the common law duty of good faith and fair dealing and its violations of the Texas Insurance Code and DTPA thus involved gross negligence, entitling plaintiff to punitive damages. TEX. CIV. PRAC. & REM. CODE § 41.001(11).

42.    Defendant's acts and omissions that amounted to grossly negligent conduct proximately caused the injuries plaintiff suffered.

## VIII.
## DAMAGES

43.    As a direct and proximate result of the conduct described above, plaintiff has suffered substantial injuries for which plaintiff is entitled to compensation, including compensation for:

      a.    The full cost of repairing the property, up to policy limits;

      b.    Diminished value of the property, up to policy limits;

      c.    Consequential damages; and/or

      d.    Mental anguish.

44.    Plaintiff is entitled to trebling of actual damages based on defendant's knowing violations of the Texas Insurance Code (TEX. INS. CODE § 541.152(b)) and trebling of economic damages based on defendant's knowing violations of the Texas DTPA, as well as treble economic and mental anguish damages for defendant's intentional violations of the Texas DTPA. (TEX. BUS. & COM. CODE § 17.50(b)(1)).

45.    In the alternative to treble damages, plaintiff is entitled to punitive (exemplary)

damages for defendant's grossly negligent acts and omissions. TEX. CIV. PRAC. & REM. CODE § 41.001(11). Punitive damages should be in the amount needed to punish defendant, make examples of defendant, and deter defendant and others similarly situated from the same or similar grossly negligent acts and omissions in the future. TEX. CIV. PRAC. & REM. CODE § 41.001(5).

46.    Plaintiff is also entitled to statutory interest for defendant's failure to promptly pay the full value of plaintiff's Claim. TEX. INS. CODE § 542.060.

47.    Plaintiff is also entitled to attorney's fees and costs for defendant's breach of contract (TEX. CIV. PRAC. & REM. CODE § 38.001) and violations of the Texas Insurance Code (*e.g.*, TEX. INS. CODE § 541.152(a)(1)) and Texas DTPA (TEX. BUS. & COM CODE § 17.50(d)).

## IX.
## CONDITIONS PRECEDENT

48.    Pursuant to Rule 54 of the Texas Rules of Civil Procedure, all conditions precedent to plaintiff's rights to recover and defendant's liability have been performed or have occurred.

## X.
## RULE 21(a) SERVICE NOTICE

49.    Plaintiff provides this notice pursuant to TEX. R. CIV. P 21(a). All service for documents not filed, and sent by email, shall only be accepted if sent to ServiceTX@thelawgicalfirm.com.

## XI.
## RULE 193.7 NOTICE

50.    Plaintiff hereby gives notice of its intent to use any and all documents produced by any party in any pretrial proceeding and at trial against the producing party as authenticated against the same.

## XII.
## DEMAND FOR JURY TRIAL

51.    Plaintiff demands a trial by jury.

## XIII.
## PRAYER

For the reasons stated, plaintiff, Principrin School, Inc, request that defendant, Philadelphia Indemnity Insurance Company, be cited to appear and answer, and that, on final trial of this matter, plaintiff have judgment against defendant for compensatory damages in an amount within the jurisdictional limits of this Court, statutory interest for failure to promptly pay the Claim, attorney's fees, costs of Court, treble damages and/or punitive / exemplary damages, all pre-judgment and post-judgment interest as allowed by law, and all other relief to which plaintiff may be entitled.

Dated: January 21, 2026

Respectfully submitted,

THE LAWGICAL FIRM, P.A.

*/s/ Erik Walker*
Erik Walker
Texas Bar No.: 00792104
Service Email: ServiceTX@thelawgicalfirm.com
Personal Email: Erik.Walker@thelawgicalfirm.com
Brandon Arrow
Texas Bar No. 24120435
Personal Email: Brandon.Arrow@thelawgicalfirm.com
504 W. 38th Street,
Austin, TX 78705(832) 871-5995 (Main Phone)
(512) 309-0597 (Direct Line)
(407) 487-4441 (Fax)

*Attorneys for Plaintiff*

11

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Erik Walker
Bar No. 792104
servicetx@thelawgicalfirm.com
Envelope ID: 110331324
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 1/22/2026 8:54 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erik Walker | | servicetx@thelawgicalfirm.com | 1/21/2026 11:01:10 PM | NOT SENT |

2026-04363 / Court: 333

# EXHIBIT A

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

| | |
|---|---|
| Insured: | Principrin School, Inc |
| Property: | 2931 W 12th St |
| | Houston, TX 77008-6113 |

**Claim Number:** PHDY24051649485          **Policy Number:** PHPK2602996          **Type of Loss:** Wind & Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 5/20/2024 12:00 PM | | |
| Date of Loss: | 5/16/2024 12:00 AM | Date Received: | 5/20/2024 12:00 PM |
| Date Inspected: | | Date Entered: | 10/26/2021 3:26 PM |

| | |
|---|---|
| Price List: | TXHO8X_AUG24 |
| | Restoration/Service/Remodel |
| Estimate: | KINDER-1 |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

**KINDER-1**

**Building**

**Roof**

 **Roof1**

| | |
|---|---|
| 24768.58 Surface Area | 247.69 Number of Squares |
| 701.59 Total Perimeter Length | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **BUILDING** | | | | | | | |
| **Roofing** | | | | | | | |
| 1. Tear off, haul and dispose membrane roofing - full adhered | 247.69 SQ | 94.75 | 2,323.39 | 4,693.72 | 30,485.74 | (0.00) | 30,485.74 |
| 2. Insulation - ISO board, 1 1/2" | 247.69 SQ | 241.01 | 5,909.88 | 11,939.16 | 77,544.81 | (32,310.34) | 45,234.47 |
| *In conjunction with 3" ISO to meet 4.5" commercial code.* | | | | | | | |
| 3. Insulation - ISO board, 3" | 247.69 SQ | 382.03 | 9,367.87 | 18,925.00 | 122,917.88 | (51,215.79) | 71,702.09 |
| *In conjunction with 1.5" ISO to meet 4.5" commercial code.* | | | | | | | |
| 4. Single-ply membrane - Fully adhered system - 60 mil | 272.45 SQ | 503.33 | 13,576.09 | 27,426.46 | 178,134.81 | (74,222.84) | 103,911.97 |
| *10% waste factor.* | | | | | | | |
| 5. R&R Roof drain - cast iron - 2" to 6" outlet | 2.00 EA | 692.12 | 137.04 | 276.86 | 1,798.14 | (687.97) | 1,110.17 |
| **Flashing** | | | | | | | |
| 6. R&R Aluminum termination bar / flashing for membrane roofs | 701.59 LF | 3.44 | 238.93 | 482.70 | 3,135.10 | (1,013.90) | 2,121.20 |
| 7. R&R Flash parapet wall only - PVC/TPO - up to 3' | 701.59 LF | 17.35 | 1,205.09 | 2,434.52 | 15,812.20 | (5,585.92) | 10,226.28 |
| 8. R&R Cap flashing | 701.59 LF | 22.62 | 1,571.12 | 3,173.98 | 20,615.06 | (8,297.22) | 12,317.84 |
| 9. R&R Pipe jack flashing - PVC/TPO | 18.00 EA | 78.85 | 140.51 | 283.86 | 1,843.67 | (666.49) | 1,177.18 |
| **Building Totals:** | | | **34469.92** | **69636.26** | **452,287.41** | **(174,000.47)** | **278,286.94** |
| **Totals: Roof1** | | | **34,469.92** | **69,636.26** | **452,287.41** | **174,000.47** | **278,286.94** |

**HVAC**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **BUILDING** | | | | | | | |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

## CONTINUED - HVAC

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 10.  Comb/straighten a/c cond. fins - w/trip charge - Large | 9.00 EA | 223.71 | 199.32 | 402.68 | 2,615.39 | (0.00) | 2,615.39 |
| 11.  Detach & Reset Central air - condenser unit - 2 ton - 16-21 SEER | 11.00 EA | 653.51 | 711.67 | 1,437.72 | 9,338.00 | (0.00) | 9,338.00 |
| **Misc.** | | | | | | | |
| 12.  General Laborer - per hour | 36.00 HR | 48.62 | 173.28 | 350.06 | 2,273.66 | (947.36) | 1,326.30 |
| *Detach and Re-set rooftop HVAC condensers* | | | | | | | |
| **Building Totals:** | | | 1084.27 | 2190.46 | 14,227.05 | (947.36) | 13,279.69 |
| **Totals:  HVAC** | | | 1,084.27 | 2,190.46 | 14,227.05 | 947.36 | 13,279.69 |
| **Area Building Total:** | | | 35,554.19 | 71,826.72 | 466,514.46 | (174,947.83) | 291,566.63 |
| **Totals:  Roof** | | | 35,554.19 | 71,826.72 | 466,514.46 | 174,947.83 | 291,566.63 |

## Elevations

### Right Elevation

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| BUILDING | | | | | | | |
| 13.  R&R Vinyl window, picture/fixed, 12-23 sf | 1.00 EA | 365.22 | 36.15 | 73.04 | 474.41 | (0.00) | 474.41 |
| 14.  Add. charge for a retrofit window, 12-23 sf - difficult | 1.00 EA | 275.23 | 27.25 | 55.04 | 357.52 | (0.00) | 357.52 |
| 15.  Add on for tinted glass | 12.00 SF | 2.19 | 2.60 | 5.26 | 34.14 | (0.00) | 34.14 |
| **Building Totals:** | | | 66.00 | 133.34 | 866.07 | | 866.07 |
| **Totals:  Right Elevation** | | | 66.00 | 133.34 | 866.07 | 0.00 | 866.07 |
| **Area Building Total:** | | | 66.00 | 133.34 | 866.07 | | 866.07 |
| **Totals:  Elevations** | | | 66.00 | 133.34 | 866.07 | 0.00 | 866.07 |

## Interior

**Interior**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| BUILDING | | | | | | | |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

### CONTINUED - Interior

| DESCRIPTION | QTY | | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 16. R&R Suspended ceiling tile - 2' x 4' | 24.00 | SF | 2.84 | 6.74 | 13.62 | 88.52 | (0.00) | 88.52 |
| 17. Final cleaning - construction - Commercial | 64.00 | SF | 0.26 | 1.64 | 3.32 | 21.60 | (0.00) | 21.60 |
| 18. R&R Batt insulation - 10" - R30 - unfaced batt | 24.00 | SF | 2.25 | 5.34 | 10.80 | 70.14 | (0.00) | 70.14 |
| 19. Contents - move out then reset - Extra large room | 1.00 | EA | 214.06 | 21.19 | 42.82 | 278.07 | (0.00) | 278.07 |
| **Building Totals:** | | | | **34.91** | **70.56** | **458.33** | | **458.33** |
| **Total: Interior** | | | | **34.91** | **70.56** | **458.33** | **0.00** | **458.33** |
| **Area Building Total:** | | | | **35,655.10** | **72,030.62** | **467,838.86** | **(174,947.83)** | **292,891.03** |
| **Totals: Building** | | | | **35,655.10** | **72,030.62** | **467,838.86** | **174,947.83** | **292,891.03** |

### Business Other Structures

#### Fencing

##### 6' Chain Link Fence

| DESCRIPTION | QTY | | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| **BUILDING** | | | | | | | | |
| 21. Paint the surface area - two coats | 960.00 | SF | 1.14 | 108.35 | 218.88 | 1,421.63 | (0.00) | 1,421.63 |
| **OTHER STRUCTURES** | | | | | | | | |
| 20. R&R Chain link fence w/posts & top rail - 6' high - 9 gauge | 160.00 | LF | 32.79 | 519.39 | 1,049.28 | 6,815.07 | (0.00) | 6,815.07 |
| 22. Chain link fence - vinyl privacy slats | 960.00 | SF | 2.32 | 220.49 | 445.44 | 2,893.13 | (0.00) | 2,893.13 |
| **Building Totals:** | | | | **108.35** | **218.88** | **1,421.63** | | **1,421.63** |
| **Other Structures Totals:** | | | | **739.88** | **1494.72** | **9,708.20** | | **9,708.20** |
| **Totals: 6' Chain Link Fence** | | | | **848.23** | **1,713.60** | **11,129.83** | **0.00** | **11,129.83** |

##### 8' Wood Fence

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

**CONTINUED - 8' Wood Fence**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| OTHER STRUCTURES | | | | | | | |
| 23.  R&R Wood fence - board on board - 7'- 8' high - cedar or equal | 635.00 LF | 77.58 | 4,877.06 | 9,852.68 | 63,993.04 | (0.00) | 63,993.04 |
| 24.  R&R Wood fence - board on board - 7'- 8' high - cedar or equal | 235.00 LF | 77.58 | 1,804.90 | 3,646.28 | 23,682.48 | (0.00) | 23,682.48 |
| **Other Structures Totals:** | | | **6681.96** | **13498.96** | **87,675.52** | | **87,675.52** |
| **Totals:  8' Wood Fence** | | | **6,681.96** | **13,498.96** | **87,675.52** | **0.00** | **87,675.52** |
| **Area Building Total:** | | | **108.35** | **218.88** | **1,421.63** | | **1,421.63** |
| **Area Other Structures Total:** | | | **7,421.84** | **14,993.68** | **97,383.72** | | **97,383.72** |
| **Totals:  Fencing** | | | **7,530.19** | **15,212.56** | **98,805.35** | **0.00** | **98,805.35** |
| **Area Building Total:** | | | **108.35** | **218.88** | **1,421.63** | | **1,421.63** |
| **Area Other Structures Total:** | | | **7,421.84** | **14,993.68** | **97,383.72** | | **97,383.72** |
| **Totals:  Business Other Structures** | | | **7,530.19** | **15,212.56** | **98,805.35** | **0.00** | **98,805.35** |

**General Conditons**

**General Conditons**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| BUILDING | | | | | | | |
| 25.  Telehandler/forklift (per month) - no operator | 1.00 MO | 3,131.06 | 309.97 | 626.22 | 4,067.25 | (0.00) | 4,067.25 |
| 26.  Temporary toilet (per month) | 1.00 MO | 227.09 | 22.48 | 45.42 | 294.99 | (0.00) | 294.99 |
| 27.  Permit - Harris County | 1.00 EA | 1,787.00 | 0.00 | 0.00 | 1,787.00 | (0.00) | 1,787.00 |
| 28.  Equipment Operator - per hour | 48.00 HR | 72.30 | 343.57 | 694.08 | 4,508.05 | (0.00) | 4,508.05 |
| 29.  Commercial Supervision / Project Management - per hour | 48.00 HR | 84.25 | 400.36 | 808.80 | 5,253.16 | (0.00) | 5,253.16 |

Approximately 8 hours per week for 6 weeks.
Project Manager to:
   1. Meet with customer re: selections
   2. Order Materials for project
   3. Create project schedule
   4. Site meeting with trades
   5. Site meetings with customer
   6. Process material & work invoices

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

### CONTINUED - General Conditons

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**Residential Supervision required for this project:**

This line item is for one foreman during the duration of repairs to ensure that the work is being done correctly and that the work is progressing correctly.

*Xactware/Xactimate specifically states that general overhead expenses are those" that cannot be attributed to individual projects and include any and all expenses necessary for the general contractor to operate their business., however, "Job related overhead are expenses that can be attributed to a project, but cannot be attributed to a specific task and include any and all necessary expenses to complete the project other than direct materials and labor."*

*Xactware/Xactimate provides examples of such job related overhead items to include project managers or foremen and states that such expenses should be added as a separate line item to the estimate.*

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Building Totals:** | | | 1076.38 | 2174.52 | 15,910.45 | | 15,910.45 |
| **Total:  General Conditons** | | | 1,076.38 | 2,174.52 | 15,910.45 | 0.00 | 15,910.45 |

### Debris Removal

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| BUILDING | | | | | | | |
| 30.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 4.00 EA | 751.68 | 297.66 | 601.34 | 3,905.72 | (0.00) | 3,905.72 |
| **Building Totals:** | | | 297.66 | 601.34 | 3,905.72 | | 3,905.72 |
| **Totals:  Debris Removal** | | | 297.66 | 601.34 | 3,905.72 | 0.00 | 3,905.72 |
| **Area Building Total:** | | | 1,374.04 | 2,775.86 | 19,816.17 | | 19,816.17 |
| **Totals:  General Conditons** | | | 1,374.04 | 2,775.86 | 19,816.17 | 0.00 | 19,816.17 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| BUILDING | | | | | | | |
| 52.  Acoustic ceiling tile labor minimum | 1.00 EA | 344.69 | 34.13 | 68.94 | 447.76 | (0.00) | 447.76 |
| 53.  Cleaning labor minimum | 1.00 EA | 114.41 | 11.33 | 22.88 | 148.62 | (0.00) | 148.62 |
| 57.  Insulation labor minimum | 1.00 EA | 166.77 | 16.51 | 33.36 | 216.64 | (0.00) | 216.64 |
| **Building Totals:** | | | 61.97 | 125.18 | 813.02 | | 813.02 |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Labor Minimums Applied** | | | 61.97 | 125.18 | 813.02 | 0.00 | 813.02 |
| **Area Building Total:** | | | 37,199.46 | 75,150.54 | 489,889.68 | (174,947.83) | 314,941.85 |
| **Area Other Structures Total:** | | | 7,421.84 | 14,993.68 | 97,383.72 | | 97,383.72 |
| **Line Item Totals: KINDER-1** | | | 44,621.30 | 90,144.22 | 587,273.40 | 174,947.83 | 412,325.57 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 1,415.86 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 24,768.58 | Surface Area | 247.69 | Number of Squares | 701.59 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Building | 489,889.68 | 83.42% | 314,941.85 | 76.38% |
| Other Structures | 97,383.72 | 16.58% | 97,383.72 | 23.62% |
| Business Personal Property | 0.00 | 0.00% | 0.00 | 0.00% |
| Signage | 0.00 | 0.00% | 0.00 | 0.00% |
| Debris Removal | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 587,273.40 | 100.00% | 412,325.57 | 100.00% |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

## Summary for Building

| | |
|---|---:|
| Line Item Total | 377,539.68 |
| Overhead | 37,575.27 |
| Profit | 37,575.27 |
| Comm. Rpr/Remdl Tax | 37,199.46 |
| **Replacement Cost Value** | **$489,889.68** |
| Less Depreciation | (174,947.83) |
| **Actual Cash Value** | **$314,941.85** |
| Less Deductible | (20,000.00) |
| **Net Claim** | **$294,941.85** |
| Total Recoverable Depreciation | 174,947.83 |
| **Net Claim if Depreciation is Recovered** | **$469,889.68** |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

### Summary for Other Structures

| | |
|---|---|
| Line Item Total | 74,968.20 |
| Overhead | 7,496.84 |
| Profit | 7,496.84 |
| Comm. Rpr/Remdl Tax | 7,421.84 |
| **Replacement Cost Value** | **$97,383.72** |
| **Net Claim** | **$97,383.72** |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

## Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Comm. Rpr/Remdl Tax (8.25%) | Manuf. Home Tax (5%) |
|---|---|---|---|---|
| **Line Items** | 45,072.11 | 45,072.11 | 44,621.30 | 0.00 |
| **Total** | **45,072.11** | **45,072.11** | **44,621.30** | **0.00** |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

## Recap by Room

**Estimate: KINDER-1**

**Area: Building**

**Area: Roof**

| | | | | |
|---|---|---|---|---|
| **Roof1** | | | **348,181.23** | **76.94%** |
| Coverage: Building | 100.00% | = | 348,181.23 | |
| **HVAC** | | | **10,952.32** | **2.42%** |
| Coverage: Building | 100.00% | = | 10,952.32 | |
| **Area Subtotal:  Roof** | | | **359,133.55** | **79.37%** |
| Coverage: Building | 100.00% | = | 359,133.55 | |

**Area: Elevations**

| | | | | |
|---|---|---|---|---|
| **Right Elevation** | | | **666.73** | **0.15%** |
| Coverage: Building | 100.00% | = | 666.73 | |
| **Area Subtotal:  Elevations** | | | **666.73** | **0.15%** |
| Coverage: Building | 100.00% | = | 666.73 | |

**Area: Interior**

| | | | | |
|---|---|---|---|---|
| **Area: Interior** | | | **352.86** | **0.08%** |
| Coverage: Building | 100.00% | = | 352.86 | |
| **Area Subtotal:  Interior** | | | **352.86** | **0.08%** |
| Coverage: Building | 100.00% | = | 352.86 | |

| | | | | |
|---|---|---|---|---|
| **Area Subtotal:  Building** | | | **360,153.14** | **79.59%** |
| Coverage: Building | 100.00% | = | 360,153.14 | |

**Area: Business Other Structures**

**Area: Fencing**

| | | | | |
|---|---|---|---|---|
| **6' Chain Link Fence** | | | **8,568.00** | **1.89%** |
| Coverage: Building | 12.77% | = | 1,094.40 | |
| Coverage: Other Structures | 87.23% | = | 7,473.60 | |
| **8' Wood Fence** | | | **67,494.60** | **14.92%** |
| Coverage: Other Structures | 100.00% | = | 67,494.60 | |
| **Area Subtotal:  Fencing** | | | **76,062.60** | **16.81%** |
| Coverage: Building | 1.44% | = | 1,094.40 | |
| Coverage: Other Structures | 98.56% | = | 74,968.20 | |
| **Area Subtotal:  Business Other Structures** | | | **76,062.60** | **16.81%** |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

| | | | | |
|---|---|---|---|---|
| Coverage: Building | 1.44% = | | 1,094.40 | |
| Coverage: Other Structures | 98.56% = | | 74,968.20 | |
| **Area: General Conditons** | | | **12,659.55** | **2.80%** |
| Coverage: Building | 100.00% = | | 12,659.55 | |
| **Debris Removal** | | | **3,006.72** | **0.66%** |
| Coverage: Building | 100.00% = | | 3,006.72 | |
| **Area Subtotal:  General Conditons** | | | **15,666.27** | **3.46%** |
| Coverage: Building | 100.00% = | | 15,666.27 | |
| **Labor Minimums Applied** | | | **625.87** | **0.14%** |
| Coverage: Building | 100.00% = | | 625.87 | |
| **Subtotal of Areas** | | | **452,507.88** | **100.00%** |
| Coverage: Building | 83.43% = | | 377,539.68 | |
| Coverage: Other Structures | 16.57% = | | 74,968.20 | |
| **Total** | | | **452,507.88** | **100.00%** |



**YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **ACOUSTICAL TREATMENTS** | | | **406.61** | | **406.61** |
| Coverage: Building | @ | 100.00% = | 406.61 | | |
| **CLEANING** | | | **131.05** | | **131.05** |
| Coverage: Building | @ | 100.00% = | 131.05 | | |
| **CONTENT MANIPULATION** | | | **214.06** | | **214.06** |
| Coverage: Building | @ | 100.00% = | 214.06 | | |
| **GENERAL DEMOLITION** | | | **39,066.10** | | **39,066.10** |
| Coverage: Building | @ | 76.17% = | 29,756.40 | | |
| Coverage: Other Structures | @ | 23.83% = | 9,309.70 | | |
| **HEAVY EQUIPMENT** | | | **6,601.46** | | **6,601.46** |
| Coverage: Building | @ | 100.00% = | 6,601.46 | | |
| **FENCING** | | | **65,658.50** | | **65,658.50** |
| Coverage: Other Structures | @ | 100.00% = | 65,658.50 | | |
| **HEAT,  VENT & AIR CONDITIONING** | | | **9,202.00** | | **9,202.00** |
| Coverage: Building | @ | 100.00% = | 9,202.00 | | |
| **INSULATION** | | | **209.49** | | **209.49** |
| Coverage: Building | @ | 100.00% = | 209.49 | | |
| **LABOR ONLY** | | | **5,794.32** | **875.16** | **4,919.16** |
| Coverage: Building | @ | 100.00% = | 5,794.32 | | |
| **PLUMBING** | | | **1,271.08** | **635.54** | **635.54** |
| Coverage: Building | @ | 100.00% = | 1,271.08 | | |
| **PAINTING** | | | **1,094.40** | | **1,094.40** |
| Coverage: Building | @ | 100.00% = | 1,094.40 | | |
| **ROOFING** | | | **320,207.80** | **160,103.92** | **160,103.88** |
| Coverage: Building | @ | 100.00% = | 320,207.80 | | |
| **TEMPORARY REPAIRS** | | | **227.09** | | **227.09** |
| Coverage: Building | @ | 100.00% = | 227.09 | | |
| **WINDOWS - VINYL** | | | **636.92** | | **636.92** |
| Coverage: Building | @ | 100.00% = | 636.92 | | |
| **O&P Items Subtotal** | | | **450,720.88** | **161,614.62** | **289,106.26** |

| Non-O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **PERMITS AND FEES** | | | **1,787.00** | | **1,787.00** |
| Coverage: Building | @ | 100.00% = | 1,787.00 | | |
| **Non-O&P Items Subtotal** | | | **1,787.00** | **0.00** | **1,787.00** |
| **O&P Items Subtotal** | | | **450,720.88** | **161,614.62** | **289,106.26** |
| **Overhead** | | | **45,072.11** | | **45,072.11** |
| Coverage: Building | @ | 83.37% = | 37,575.27 | | |
| Coverage: Other Structures | @ | 16.63% = | 7,496.84 | | |
| **Profit** | | | **45,072.11** | | **45,072.11** |
| Coverage: Building | @ | 83.37% = | 37,575.27 | | |

 **YourInsuranceClaim.Com LLC**

1221 Brickell Avenue Suite 900
Miami FL 33131
Phone: (786) 270-9186

| | | | | | |
|---|---|---|---|---|---|
| Coverage: Other Structures | @ | 16.63% = | 7,496.84 | | |
| **Comm. Rpr/Remdl Tax** | | | **44,621.30** | **13,333.21** | **31,288.09** |
| Coverage: Building | @ | 83.37% = | 37,199.46 | | |
| Coverage: Other Structures | @ | 16.63% = | 7,421.84 | | |
| **Total** | | | **587,273.40** | **174,947.83** | **412,325.57** |



Main Level

8/4/2024

2026-04363 / Court: 333

# EXHIBIT B

 **Engle Martin**

5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

| | | | |
|---|---|---|---|
| Insured: | Principrin School, Inc | Business: | (917) 297-0449 |
| Property: | 2931 W. 12th St. | E-mail: | jherrera@principrinschool.com |
| | Houston, TX 77008 | | |

| | |
|---|---|
| Claim Rep.: | Steven Maxwell |
| Company: | Philadelphia Insurance Companies |

| | | | |
|---|---|---|---|
| Estimator: | Craig Landry | Business: | (832) 776-2557 |
| Position: | National General Adjuster | E-mail: | clandry@englemartin.com |
| Company: | Engle Martin & Associates | | |

**Claim Number:** PHDY24051649485    **Policy Number:** PHPK2602996    **Type of Loss:** CAT-11 WIND

| | | | |
|---|---|---|---|
| Date Contacted: | 5/20/2024 12:00 AM | | |
| Date of Loss: | 5/16/2024 12:00 AM | Date Received: | 5/20/2024 12:00 AM |
| Date Inspected: | 5/23/2024 12:00 AM | Date Entered: | 5/24/2024 12:00 AM |

| | |
|---|---|
| Price List: | TXHO8X_JUN24 |
| | Restoration/Service/Remodel |
| Estimate: | 513162 |

**IMPORTANT! - PLEASE READ:** This document is an initial estimate ONLY concerning the probable cost of repair of the damage observed during inspection of the claimed loss. Additional inspection and/or investigation of the cause of loss and the damage related thereto may be required before this estimate can be finalized. Please note that this document is NOT a promise or agreement of payment for the claimed loss from Your insurance company or Engle Martin (EM). Instead, this document will be forwarded to Your insurance company for coverage and payment review and decision. This estimate is subject to final review and approval by Your insurance company and is thus subject to further revisions until final written approval is received. All final payment and coverage decisions are made by Your insurance company and NOT by EM. While You await final review and approval by Your insurance company, we request that You present this estimate to Your contractor for its review and comment. In the event of a scope of work or pricing discrepancy between this estimate and Your contractor's estimate, if any, we will work with You and Your contractor to attempt to resolve any such discrepancy; however, the authority to make a final decision on any such discrepancy belongs to Your insurance company, not EM. Finally, please note that You are responsible for selecting and hiring the contractor(s) that You want to perform Your repair work. Neither Your insurance company, nor EM guarantee the work of any contractor, nor do either inspect or monitor the work of any contractor. It is solely Your responsibility to make sure that Your repair work is properly and timely completed.



**Engle Martin**

5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

**513162**

**Fencing**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **8' Tall Wood Fencing** | | | | | | |
| 1.  R&R Wood fence - board on board - 7'- 8' high - treated | 610.00 LF | 66.11 | 0.00 | 40,327.10 | (17,156.25) | 23,170.85 |
| *Full Lengths - East  Property Line (Less 100') & All of South Property Line* | | | | | | |
| 2.  R&R Wood fence - board on board - 7'- 8' high - treated | 50.00 LF | 66.11 | 0.00 | 3,305.50 | (0.00) | 3,305.50 |
| *5 Sections On West Property Line* | | | | | | |
| **6' Tall Chain Link Fencing** | | | | | | |
| 3.  R&R Chain link fence w/posts & top rail - 6' high - 9 gauge | 150.00 LF | 32.73 | 0.00 | 4,909.50 | (853.20) | 4,056.30 |
| 4.  Paint the surface area - one coat | 900.00 SF | 0.77 | 0.00 | 693.00 | (207.90) | 485.10 |
| 5.  Vinyl Fence Slats * | 15.00 EA | 129.20 | 0.00 | 1,938.00 | (193.80) | 1,744.20 |
| *6' Tall PVT Slats - Quoted At American Fencing & Supply* | | | | | | |
| **Debris Clean Up & Haul Off** | | | | | | |
| 6.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 4.00 EA | 652.32 | 0.00 | 2,609.28 | (0.00) | 2,609.28 |
| 7.  Cleaning Technician - per hour | 16.00 HR | 52.42 | 0.00 | 838.72 | (0.00) | 838.72 |
| **Totals:  Fencing** | | | **0.00** | **54,621.10** | **18,411.15** | **36,209.95** |
| **Line Item Totals:  513162** | | | **0.00** | **54,621.10** | **18,411.15** | **36,209.95** |

 **Engle Martin**

5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 54,621.10 |
| **Replacement Cost Value** | **$54,621.10** |
| Less Depreciation | (18,411.15) |
| **Actual Cash Value** | **$36,209.95** |
| Less Deductible                [Full Deductible = 46,500.00] | (36,209.95) |
| **Net Claim** | **$0.00** |
| Total Depreciation | 18,411.15 |
| Less Residual Deductible | (10,290.05) |
| Total Recoverable Depreciation | 8,121.10 |
| **Net Claim if Depreciation is Recovered** | **$8,121.10** |

Craig Landry
National General Adjuster

 **Engle Martin**

5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

## Recap by Room

**Estimate: 513162**

| | | |
|---|---:|---:|
| **Fencing** | **54,621.10** | **100.00%** |
| **Subtotal of Areas** | **54,621.10** | **100.00%** |
| **Total** | **54,621.10** | **100.00%** |



**Engle Martin**

5565 Glenridge Connector
Suite 900
Atlanta, GA 30342

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 838.72 | | 838.72 |
| GENERAL DEMOLITION | 9,760.38 | | 9,760.38 |
| FENCING | 43,329.00 | 18,203.25 | 25,125.75 |
| PAINTING | 693.00 | 207.90 | 485.10 |
| **Subtotal** | **54,621.10** | **18,411.15** | **36,209.95** |