# EXHIBIT C-2

**CT Corporation**
**Service of Process Notification**
02/03/2026
CT Log Number 551283756

## Service of Process Transmittal Summary

**TO:** Scott Yurko
Philadelphia Insurance Companies
1 BALA PLZ STE 100
BALA CYNWYD, PA 19004-1401

**RE:** Process Served in Texas

**FOR:** Philadelphia Indemnity Insurance Company  (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | PRINCIPRIN SCHOOL INC vs. PHILADELPHIA INDEMNITY INSURANCE COMPANY |
| **CASE #:** | 202604363 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 02/03/2026 at 14:48 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Nora Fluehr  nora.fluehr@tmnas.com |
| | Email Notification,  Scott Yurko  scott.yurko@tmnas.com |
| | Email Notification,  Kaleigh Christ  kaleigh.christ@tmnas.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
866-401-8252
LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Feb 3, 2026
**Server Name:** ABC Legal

| | |
|---|---|
| Entity Served | Philadelphia Indemnity Insurance Company |
| Case Number | 202604363 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



CAUSE NO. 202604363

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1048639
TRACKING NO: 74601446

| Plaintiff: | |
|---|---|
| PRINCIPRIN SCHOOL INC | In The 333rd |
| vs. | Judicial District Court of |
| Defendant: | Harris County, Texas |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | 201 CAROLINE |
| | Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

To:   PHILADELPHIA INDEMNITY INSURANCE COMPANY (A PENNSYLVANIA CORPORATION) MAY BE SERVED WITH PROCESS BY SERVING ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM 1999 BRYAN STREET SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 21, 2026 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on January 27, 2026, under my hand and seal of said court.



Issued at the request of:

WALKER, ERIK
504 W 38TH STREET

AUSTIN, TX  78705
281-630-6079
Bar Number: 00792104

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE   Houston  Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: TIANNI WILLIAMS

Tracking Number: 74601446

**CAUSE NUMBER: 202604363**

| | |
|---|---|
| **PLAINTIFF: PRINCIPRIN SCHOOL INC** | In the 333rd |
| vs. | Judicial District Court of |
| **DEFENDANT: PHILADELPHIA INDEMNITY INSURANCE COMPANY** | Harris County, Texas |

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
_____ in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____
     By_____
         Affiant                                                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.


_____
                                                          Notary Public

CAUSE NO. 202604363

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 1048639
TRACKING NO: 74601446

| Plaintiff: | In The 333rd |
|---|---|
| PRINCIPRIN SCHOOL INC | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | Houston, Texas |

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

To: PHILADELPHIA INDEMNITY INSURANCE COMPANY (A PENNSYLVANIA CORPORATION) MAY BE SERVED WITH PROCESS BY SERVING ITS REGISTERED AGENT FOR SERVICE OF PROCESS CT CORPORATION SYSTEM 1999 BRYAN STREET SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 21, 2026 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on January 27, 2026, under my hand and seal of said court.

Issued at the request of:

WALKER, ERIK
504 W 38TH STREET

AUSTIN, TX  78705
281-630-6079
Bar Number: 00792104

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE    Houston  Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: TIANNI WILLIAMS

Tracking Number: 74601446

**CAUSE NUMBER: 202604363**

| | |
|---|---|
| **PLAINTIFF: PRINCIPRIN SCHOOL INC** | In the 333rd |
| vs. | Judicial District Court of |
| **DEFENDANT: PHILADELPHIA INDEMNITY INSURANCE COMPANY** | Harris County, Texas |

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
_____ in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____
        By_____
             Affiant                                                                                        Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.


_____
                                                                                Notary Public