# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE PRINCIPRIN SCHOOL, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:26-CV-01734 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § § | |
| *Defendant*. | | |

## DEFENDANT'S LIST OF COUNSEL OF RECORD

Defendant Philadelphia Indemnity Insurance Company ("PIIC"), pursuant to Local Rule 81, files this its list of counsel of record:

| | |
|---|---|
| Erik Walker<br>Texas Bar Number: 00792104<br>Erik.Walker@thelawgicakfirm.com<br>Brandon Arrow<br>Texas Bar Number: 24120435<br>Brandon.Arrow@thelawgicakfirm.com | Brandt R. Johnson<br>Texas Bar No. 00794030<br>bjohnson@zellelaw.com<br>William Scott Keffer<br>Texas Bar No. 24114753<br>skeffer@zellelaw.com |
| **THE LAWGICAL FIRM, P.A.**<br>504 W. 38th Street<br>Austin, TX 78705<br>Telephone:     832-871-5995<br>Facsimile:      407-487-4441<br>ServiceTX@thelawgicalfirm.com | **ZELLE LLP**<br>901 Main Street, Suite 4000<br>Dallas, TX 75202-3975<br>Telephone:     214-742-3000<br>Facsimile:      214-760-8994 |
| **ATTORNEYS FOR PLAINTIFF THE PRINCIPRIN SCHOOL, INC.** | **ATTORNEYS FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY** |